

**John P. Sotos, M.D.**  •  **Omolara Y. Dairo, M.D.**  •  **Michele V. Mahoney, M.D.**

05/08/2019

To Whom It May Concern:

Michael Sutherin is currently under my medical care and has had the long-standing diagnoses of an Autism Spectrum Disorder (Asperger's), Attention Deficit Hyperactivity Disorder (ADHD) - combined subtype, and an Anxiety disorder. . Although people with Asperger's have a higher functioning language capability than others on the spectrum, they still struggle with social interactions, recognizing social cues and body language and processing the various nuances and contextual inputs in relation to what is being said. They are very much concrete thinkers and have difficulty grasping sarcasm and abstract thoughts and ideas. Like others with Autism they don't understand/ recognize personal space/ boundaries and have much difficulty comprehending when they've "gone too far" or recognizing social norms. Patients with Asperger's can at first glance appear "normal" due to their increased language abilities and thus be unfairly judged as having "normal" processing abilities in the aforementioned realms of social interaction when they most certainly do not. Michael's symptomatology also encompasses the cognitive rigidity seen with Autism. This cognitive rigidity can manifest as preoccupations and fixations on things with repetitive/compulsive behaviors as it does in Michael. He has exhibited these behaviors from a young age.... picking at his skin repetitively, low frustration tolerance for change in "the routine" of the day or if he has perceived he was "wronged" in any way. This would lead to anger management issues with which he has struggled to control primarily due to his lack of impulse control which is a symptom of his ADHD.

Finally, Michael is a 21 year old man with all of the hormonal urges and desires of any male his age. Due to his previously mentioned behavioral makeup caused by his Autism and ADHD one can easily understand how a sexual impulse/curiosity, not recognized as wrong, becomes a preoccupation followed by compulsively seeking out this stimulation. Seeking it on a medium, the internet, that doesn't thwart or rebuff his advances in any way. I hope that my above interpretation of Michael's condition will provide some added clarity to Michael's current situation.

If you require additional information please do not hesitate to contact my office.

Sincerely,

*[signature: Jn P Sotos MD]*

Provider: John P. Sotos MD

4335 W. Dublin-Granville Road • Dublin, Ohio 43017 • phone: 614-889-7772 • fax: 614-764-0843
444 N. Cleveland Ave., Suite 210 • Westerville, Ohio 43082 • phone: 614-889-7772 • fax: 614-899-9964

Sutherin, Michael   000000005270 12/09/1997 05/06/2019 10:03 AM Page: 1/2

EXHIBIT A          Page 1 of 1