United States District Court
Southern District of Ohio
Eastern Division

The United States of America,

                Plaintiff      Affidavit of Elizabeth Guiliani

    vs                Case No: 19-cr-00174-ALM

Michael Sutherin,

                Defendant

ELIZABETH GIULIANI, affirms to be true and states under penalty of perjury as follows:

1. My name is Elizabeth Giuliani. I am the elder sister of Michael Sutherin, the defendant in the above-referenced case.

2. I have been made aware of reports that Michael may have engaged in inappropriate conduct with my daughter, his niece. At the time of the alleged conduct, my daughter and I lived with Michael and our parents, Ann and Tom Sutherin, at my parents' home in Columbus, Ohio.

3. Notwithstanding these reports, I do not believe that my brother Michael is a risk of harm to anyone. I support his release from jail pending sentencing. I am aware of the nature of the charges and the guilty plea Michael has entered in this case.

4. My daughter and I have since moved out of my parents' home, in part to allow Michael to live with them if he is released. If released, my parents and I would ensure that Michael would have no contact with my daughter or any minors. My daughter will be 18 on September 6th, 2020.

_Elizabeth Giuliani_ (signature)

Elizabeth Giuliani

Sworn before me this 26th day of March, 2020

_Zak M. Moore_ (signature)

Notary Public

