United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-  Case No. 2:19-cr-174

Michael T. Sutherin

COURTROOM MINUTES
Sentencing

| U.S. District Chief Judge Algenon L. Marbley | | Date:   April 8, 2022 @ 11:00 a.m. | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Govt: | Heather Hill |
| Court Reporter: | Shawna Evans | Counsel for Deft(s): | Mark Mahoney |
| Interpreter | N/A | Pretrial/Probation: | Keir Pennington |

Defendant appeared in person.

Defendant sentenced to one hundred forty-four (144) months of incarceration on Counts 3, 6, 9, and 11 of the Indictment.

Defendant sentenced to fifteen (15) years of supervised release.

Forfeiture ordered as set forth in the Indictment; no fine imposed; restitution ordered in the amount of $16,000; special assessment of $400 is applied; JVTA assessment of $5,000 as to Count 3 is applied.

Defendant remanded to custody of BOP.